# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| 5 STAR TECH I, LP, 5 STAR TECH RETAIL I, LP, 5 STAR TECH II-1, LP, 5 STAR TECH II-2, LP, 5 STAR TECH II-4, LP, 1220/1280 DON HASKINS, LTD., 1240 DON HASKINS, LTD., 1270 DON HASKINS, LTD., 1320/1390 DON HASKINS, LTD., F-STAR SOCORRO HOLDING CO., LLC, JNY, LP, JNY II, LP, GAC INVESTMENTS, LLP, JMB JOINT VENTURE, SOUTHWEST REFRIGERATED WAREHOUSING SERVICES JOINT VENTURE, and UNIT 82 JOINT VENTURE, <br><br>*Plaintiffs*, <br><br>v. <br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, <br><br>*Defendant*. | EP-18-CV-00037-DCG |

## ORDER DISMISSING CASE

In view of the parties' "Joint Stipulation of Dismissal" (ECF No. 78) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders as follows:

**IT IS ORDERED** that all claims asserted by Plaintiffs in this action against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this __27th__ day of April 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE